# PLATZER, SWERGOLD, LEVINE, GOLDBERG, KATZ & JASLOW, LLP
### COUNSELORS AT LAW

475 PARK AVENUE SOUTH
18TH FLOOR
NEW YORK, NEW YORK 10016
TELEPHONE 212.593.3000
FACSIMILE 212.593.0353

WWW.PLATZERLAW.COM
NY #2035058 - DCA

FOUR GREENTREE CENTER
601 ROUTE 73 NORTH
SUITE 305
MARLTON, NEW JERSEY 08053
TELEPHONE 856.782.8644

☐ If checked, reply to
New Jersey Office

September 24, 2018

Honorable Nancy Hershey Lord
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201-1800

    Re:    JM Holding Group LLC, *et al.* (the "Debtors")
            Case No. 17-45647 (NHL) (Jointly Administered)
            JM Holding Group LLC v. Gores Clothing Holdings, LLC
            Adv. Pro. No. 17-01168 (NHL)

Dear Judge Lord,

    This office is counsel to JM Holding Group LLC and J. Mendel Inc. This letter is to confirm our correspondence with Chambers that the following matters currently scheduled on the Court's docket for this Thursday, September 27, 2018 at 10:30 a.m. are being adjourned to Thursday, October 4, 2018 at 3:45 p.m.:

- Status Conference of the above-referenced bankruptcy cases;
- Pre-Trial Conference of the above-referenced adversary proceeding;
- Motion to Dismiss Bankruptcy Case [Docket No. 18];
- Application to Employ Silverman Shin & Byrne [Docket No. 49]; and,
- Motion approving sale of substantially all of the Debtors' assets [Docket No. 70].

    If the Court has any questions or requires any additional information, please feel free to have Chambers contact me.

                                Very truly yours,

                                PLATZER, SWERGOLD, LEVINE,
                                 GOLDBERG, KATZ & JASLOW, LLP

                              By: /s/ Teresa Sadutto-Carley
                                  Teresa Sadutto-Carley